**UNITED STATES Of America,
Plaintiff—Appellee,**

v.

**Alan Gordon MCILVAINE,
Defendant—Appellant.**

**No. 02–10217.
D.C. No. CR–99–00283–PHX–EHC.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 20, 2003.

Before LEAVY, FERNANDEZ and
BERZON, Circuit Judges.

MEMORANDUM**

Alan Gordon McIlvaine appeals the district court's order revoking his supervised release and sentencing him to ten months of imprisonment followed by 26 months of supervised release. McIlvaine's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. McIlvaine requests appointment of new counsel and raises the issue whether the district court erred by imposing an additional term of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Because McIlvaine's ten month prison term is less that the maximum term autho-

rized under 18 U.S.C. § 3583(e)(3), the district court did not err by imposing an additional term of supervised release. *See* 18 U.S.C. §§ 3583(h) and (e)(3); *United States v. Cade,* 236 F.3d 463, 465–66 (9th Cir.2000).

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore grant counsel's motion to withdraw, and deny appellant's pro se request for appointment of new counsel.

**AFFIRMED.**

**Daryl LYONS, Plaintiff—Appellant,**

v.

**CALIFORNIA DEPARTMENT OF
CORRECTIONS, Defendant,**

**and**

**McKesson; MARTINEZ; Rasco;
Duncan; Nikesson, Defendants—Appellees.**

**No. 02–15458.
D.C. No. CV–00–05169–AWI.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 10, 2003.*

Decided Feb. 20, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM**

Daryl Lyons, a California state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni*, 31 F.3d 813, 816 (9th Cir.1994) (per curiam), and we affirm.

The district court properly dismissed Lyons' action because it was clear from the face of the amended complaint and objections to the magistrate judge's findings and recommendations, that Lyons failed to exhaust available prison administrative remedies before filing suit in federal court. *See* 42 U.S.C. § 1997(e)(a); *McKinney v. Carey*, 311 F.3d 1198, 1199, 1200 (9th Cir. 2002) (per curiam) (requiring prisoners to exhaust prison grievance procedures before, not after, filing suit in federal court).

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Lyons' motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Lyons' remaining contentions also lack merit.

**AFFIRMED.**